**Order entered June 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00028-CV

### THE STATE OF TEXAS, Appellant

### V.

### MESQUITE CREEK DEVELOPMENT, INC., A GEORGIA CORPORATION, AND RACETRAC PETROLEUM, INC., A GEORGIA CORPORATION, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05842-B**

## ORDER

Before the Court is court reporter Robin N. Washington's June 18, 2019 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than June 28, 2019.

/s/    ERIN A. NOWELL
       JUSTICE